IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul Seligmann et al., ) | CV-11-2492-PHX-FJM |
| ) | |
| Plaintiff(s), ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Midland Funding LLC et al., ) | |
| ) | |
| Defendant(s). ) | |

After review of the file, the court notes that the complaint in this matter was filed on December 16, 2011. An Affidavit of Service was filed on January 9, 2012 showing service as to Midland Funding on December 30, 2011. No answer has been filed and no application for entry of default has been made.

Plaintiff is notified that this matter will be dismissed for lack of prosecution within ten days of the docketing of this order unless good cause is shown why it should not be dismissed.

DATED this 3rd day of February, 2012.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge